| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Vanaskie, Thomas I | 2. Court or Organization U.S.Dist.Ct. M.D. of PA | 3. Date of Report 05/13/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address P.O. Box 913 Scranton, PA 18501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. 2004 | Scranton Community Medical Center Board of Trustees |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vanaskie, Thomas I | 05/13/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  -- (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.   2004 | Greater Scranton YMCA |
| 2.   2004 | JC Penney Company, Inc. - employment terminated 8/31/04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.   George Mason University Foundation, Inc. | March 25 - 28  La Jolla, CA, Tocqueville's Democracy in America for Judges (Transportation, Housing, Meals and Tuition) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. West Publishing Co. | Federal Supplement and F.R.D. | $3,000 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae (Formerly College Credit) | Loan for ▉ college education | J |
| 2. | Capital One | Credit Card | J |
| 3. | MBNA | Credit Card | K |
| 4. | Nelnet | Loan for ▉ college education | L |
| 5. | ACS | Loan for ▉ college education | L |
| 6. | Capital One | Personal Loan | J |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vanaskie, Thomas I | 05/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA #1 | A | Div. & Int. | M | T | | | | | |
| 2. -AIM Weingarten Mutual Fund | | | | | | | | | |
| 3. -Davis NY Venture Mutual Fund | | | | | | | | | |
| 4. -Jennison Utility Fund, Class A | | | | | | | | | See note in Part VIII |
| 5. -Lord Abbett Affiliated Mutual Fund | | | | | | | | | |
| 6. -Gabelli Value Mutual Fund | | | | | | | | | |
| 7. -Janus Investment Worldwide Mutual Fund | | | | | | | | | |
| 8. -Robertson Stephens Inv. Trust - Emerging Growth Fund | | | | | | | | | |
| 9. -John Hancock Global Tech Fund | | | | | | | | | |
| 10. -Nokia Common Stock | | | | | | | | | |
| 11. -Vasomedical Common Stock | | | | | | | | | |
| 12. Nuveen Preferred and Conv. Income Fund | | | | | buy | 1/21 | J | | |
| 13. Evergreen Money Market Fund | | | | | partial sale | 1/21 | J | A | See note in Part VIII |
| 14. IRA #2 | A | Dividend | J | T | | | | | |
| 15. -Lord Abbett Affiliated Mutual Fund | | | | | | | | | |
| 16. Penn Security Bank Account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Vanaskie, Thomas I | 05/13/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII of the Report

All mutual funds and equity investments have automatic reinvestment features, with income from those funds and equities used to purchase additional shares. Consistent with reports for prior years, I have divided investment assets by IRA account. Dividing assets by account in which they are held helps explain multiple listing of various assets. The brokerage account was closed in 2003 and is not reported on this form.

In accordance with advice on p. 52 of the Filing Instructions, deposits into and withdrawals from the money market fund have not been reported. Jennison Utility Fund, Class A reported on line 4 of Part VII is the same mutual fund as Prudential Utility Fund, Class A, reported on line 5 of Part VII on the 2003 Report. The name of the Prudential Fund was changed to Jennison.

Part VII, Line 13. Funds from the Evergreen Money Market Fund were used to buy shares in the Nuveen Preferred and Conv. Income Fund, listed on Line 12 of Part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date May 13, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544